FILED

FEE PAID

JAMES KIM
4844 AQUAMARINE WAY
CYPRESS, CA 90630

2017 SEP 13 PM 2: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
SANTA ANA

BY LAW

Defendant, In Pro Per

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Bank Of New York Melon FKA The Bank Of New York, As Trustee, Its assignees and/or successors,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES KIM, and DOES 1-10, Inclusive<br><br>Defendant. | Case No.:<br><br>**SACV17-01589 JVS (KESX)**<br><br>**NOTICE OF REMOVAL-FEDERAL QUESTION** |

TO THE HONORABLE UNITED STATES DISTRICT COURT, THE CHIEF JUDGE, JUDGES, AND MAGISTRATE JUDGES OF THE COURT, THE CLERK OF THE COURT, AND ALL PARTIES AND COUNSEL ENTITLED TO NOTICE:

Pursuant to 28 U.S.C. §§ 1331, 1441(a) and 1446, Defendant, JAMES KIM ("Defendant") filed this Notice of Removal of this case from the Superior Court of County of Orange, to the United States District Court for the Central District of California.

- 1 -

Notice of Removal – Federal Question

In support of this Notice, Defendants each state as follows:

**Case Background and Foundation for Removal**

1.      About July 18, 2017, Plaintiff The Bank Of New York Melon FKA The Bank Of New, York, As Trustee, Its assignees and/or successors("Plaintiff") commenced an action in the Superior Court of California, County of Orange, North Justice Center Courthouse, against Defendant, Case No.: 30-2017-00932531-CL-UD-NJC Plaintiff's Complaint seeks judgment against Defendant for possession of certain real property commonly known as 4844 AQUAMARINE WAY CYPRESS, CA 90630, ("the Property"). Copies of the Summons and Complaint are attached to this Notice and collectively incorporated herein by reference as Exhibit A.

2.      Defendant filed his Answer to the Complaint.  The Answer denies that Plaintiff is entitled to possession of the Property.  A copy of the Answer is attached to this Notice and incorporated herein by reference as Exhibit B.

3.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is a civil action arising under federal law and in which a federal statute is drawn in controversy.

4.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a).

**Federal Question**

5.      <u>Plaintiff.</u> Plaintiff is a Limited Liability Company, authorized to do business within the state of California.

6.      <u>Defendant.</u> Defendant James Kim is an individual and resident Of Orange County, California.  By his signature on this Notice, all Defendants who have been read and aknowledge content and concur to this removal notice.

7.      Plaintiff's claim is based upon a notice which expressly references and incorporates

Notice of Removal – Federal Question

the "Protecting Tenants at Foreclosure Act of 2009," 12 U.S.C. § 5201. Further, this statute is drawn in controversy in this action because the federal statute provides for a ninety (90) day notice period prior to the filing of any state eviction proceeding; Defendant asserts and alleges that Plaintiff did not allow the ninety day period to lapse before filing their claim.

### Other Issues

8.     This Notice of Removal is timely filed. 28 U.S.C. § 1446(b).

9.     This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal to Federal Court will be filed in the Superior Court of California, County of Orange North Justice Center Courthouse as soon as practicable and proof of such filing will be filed with this Court.

### Conclusion

Because there is a federal question in which a statute of the United States is drawn in controversy in Plaintiff's claim, this Court has jurisdiction over Plaintiff's claim and Defendant is entitled to remove this case to this Court.

Respectfully submitted,

Dated: Sep ＿ ! ３ ＿, 2017

_____
James Kim
Defendant in proper

- 3 -

Notice of Removal – Federal Question

# EXHIBIT A

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE- DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
James Kim and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANO EL DEMANDANTE):*
The Bank of New York Mellon FKA The Bank of New York, as Trustee, its assignees and/or successors

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**07/18/2017** at 02:46:56 PM

Clerk of the Superior Court
By Veronica Corral, Deputy Clerk

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY,
   ORANGE COUNTY NORTH JUSTICE CENTER JUDICIAL DISTRICT
   1275 No. Berkeley Avenue, Fullerton, CA 92838

   CASE NUMBER:
   *(Número del Caso)*

   30-2017-00932531-CL-UD-NJC

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Matthew E. Podmenik, Esq. SBN 219364   Rebecca L. Lang, Esq. SBN 249234

   CA-17-113340
   McCarthy & Holthus, LLP   1770 Fourth Avenue, San Diego, CA 92101  (619) 243-3960  Fax (619) 785-3253

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code §§ 6400-6415) ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page):*

DATE: 07/18/2017
*(Fecha)*
DAVID H. YAMASAKI, Clerk of the Court

Clerk, by *(Secretario)* ___Veronica Corral___ Deputy *(Adjunto)*

Veronica Corral

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name (specify):
   c. ☐ as an occupant
   d. ☐ on behalf of (specify):
      under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant) **7-28-17**  ☐ other (specify):

5. ☒ by personal delivery on (date):

Form Adopted by Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1167

SUM-130

| PLAINTIFF: | The Bank of New York Mellon FKA The Bank of New York, as Trustee | CASE NUMBER |
|---|---|---|
| DEFENDANT: | James Kim and DOES 1-10, inclusive | |

6.  Unlawful detainer assistant *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:

    a.   Assistant's name:

    b.   Telephone no.: here is a test function

    c.   Street address, city, and ZIP

    d.   County of registration

    e.   Registration no.:

    f   Registration expires on *(date)*:

Form Adopted by Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1157

McCarthy & Holthus, LLP
Matthew E. Podmenik, Esq. SBN 219364
Rebecca L. Lang, Esq. SBN 249234
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 243-3960
Fax (619) 785-3253

ELECTRONICALLY FILED
Superior Court of California,
County of Orange

**07/18/2017** at 02:46:56 PM
Clerk of the Superior Court
By Veronica Corral,Deputy Clerk

Attorney for: Plaintiff,
The Bank of New York Mellon FKA The Bank of New York, as Trustee, its assignees and/or successors

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE

## ORANGE COUNTY NORTH JUSTICE CENTER JUDICIAL DISTRICT

| | |
|---|---|
| The Bank of New York Mellon FKA The Bank of New York, as Trustee, its assignees and/or successors, <br><br> Plaintiff, <br><br> vs. <br><br> James Kim, and DOES 1-10, inclusive, <br><br> Defendant(s). | Case No. 30-2017-00932531-CL-UD-NJC <br><br> **COMPLAINT FOR UNLAWFUL DETAINER FOLLOWING FORECLOSURE SALE ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a** <br><br> Limited Civil Case <br><br> Amount demanded does not exceed $10,000 |

Plaintiff alleges as follows:

1. Plaintiff, The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2007-HY2 Mortgage Pass-Through Certificates, Series 2007-HY2 (hereinafter referred to as "The Bank of New York Mellon FKA The Bank of New York, as Trustee"), is entitled to possession and is the owner of record of a parcel of real property located at 4844 Aquamarine Way, Cypress, CA 90630 ("Subject Property"). The Subject Property is located within the above-referenced Judicial District and County.

2. Plaintiff. The Bank of New York Mellon FKA The Bank of New York. as Trustee. is an entity lawfully conducting business in California.

3. Defendant(s). James Kim, at all times herein mentioned resided in the State of California, County of ORANGE.

4. Defendant(s). and each of them. are currently in possession of and occupying the Subject Property.

5. Defendant(s) is the former trustor or a holdover occupant of the former trustor.

6. The true names and capacities, whether individual. corporate, associate or otherwise, of the Defendant(s) named herein as Does 1-10. inclusive. and each of them, are unknown to Plaintiff. who therefore sues said Defendant(s) by their fictitious names under Code of Civil Procedure section 474. Plaintiff asks leave of the Court to amend its Complaint to include the true names and capacities of said Defendant(s) when the same have been ascertained.

7. Plaintiff is the owner of and entitled to immediate possession of the Subject Property. which property is located within the jurisdictional boundaries of this court.

8. Plaintiff owns the Subject Property by virtue of a foreclosure sale duly held pursuant to the power under the Deed of Trust executed by Defendant(s) or their predecessors.

9. Defendant(s) or their predecessors defaulted under the terms of the Deed of Trust which secured the Property. the subject of this litigation. Thereafter. a Notice of Default and Breach of Conditions of the Deed of Trust and Election to Sell the Property. to satisfy the obligation thereby secured, was recorded in the Official Records in the Office of the County Recorder of ORANGE, California.

10. After failure of Defendant(s) or their predecessors to cure said default. a Trustee's Sale of the Property was duly noticed. as required under California Civil Code section 2924 et seq.. to satisfy the obligation secured by the Deed of Trust.

11. At the time and place noticed for Trustee's Sale. the Subject Property was sold to Plaintiff in compliance with California Civil Code Section 2924 *et.seq.* The Trustee's Deed Upon Sale was thereafter recorded in the ORANGE County Recorder's Office. thereby duly perfecting Plaintiff's title to the Subject Property. A true and correct certified copy of the Trustee's Deed is attached hereto marked Exhibit "1" and made a part hereof.

12. On 07/05/2017. Defendant(s) was/were served with a written notice requiring Defendant(s) and "All Persons in Possession" of the Subject Property to quit and deliver up possession of the property. A true and correct copy of said Notice for Possession is attached hereto as Exhibit "2" and is incorporated by this reference. A true and correct copy of the Proof of Service of Notice for Possession is attached hereto as Exhibit "3" and is incorporated by this reference.

13. Defendant(s) have failed and refused to deliver up possession of the Subject Property after expiration of the Notice as required by California Code of Civil Procedure §1161a(b)(3).

14. Defendant(s) continues in possession of the Subject Property without Plaintiff's permission or consent.

15. The reasonable value of the use and occupancy of the Subject Property is equal to an amount according to proof at trial, and damage to the Plaintiff caused by Defendant's unlawful detention thereof has accrued at said rate since 7/18/2017 and will continue to accrue until the date of entry of Judgment.

///

///

///

///

///

WHEREFORE, Plaintiff prays judgment against Defendant(s) and each of them for:

1. Restitution of the Subject Property;

2. Damages in an amount to be determined, according to proof, at trial, at a daily rate from 7/18/2017, until the date that judgment for Plaintiff is entered by the Court; and

3. Costs herein and further relief as is proper.

Dated: July 18, 2017

McCarthy Holthus, LLP

By:

Matthew E. Podmenik, Esq.
☒ Rebecca L. Lang, Esq.
Attorney For Plaintiff,
The Bank of New York
Mellon FKA The Bank of
New York, as Trustee

Page 4
Complaint for Unlawful Detainer   CA-17-113340 - Andrea Berlanga

## VERIFICATION

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER and know its contents.

I am one of the attorneys for The Bank of New York Mellon FKA The Bank of New York, as Trustee, a party to this action. The officer responsible of such party is absent from the county aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I have read the foregoing document and I am informed and believe that the matters therein to be true, and on that ground, allege that the matters stated therein are true.

Executed on July 18, 2017 in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ Matthew E. Podmenik, Esq. SBN 219364
☒ Rebecca L. Lang, Esq. SBN 249234

Page 5
Complaint for Unlawful Detainer   CA-17-113340 - Andrea Berlanga

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

15.00

\* $ R 0 0 0 8 5 7 7 9 2 7 5 \*

2016000359124 3:23 pm 08/03/16

93 415 T09 F13   3

0.00 0.00 0.00 0.00 6.00 0.00 0.00 0.00

STEWART TITLE

RECORDING REQUESTED BY:
THE WOLF FIRM, A LAW CORPORATION

AND WHEN RECORDED MAIL TO:
THE BANK OF NEW YORK MELLON FKA THE BANK
OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS
OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY2
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY2
c/o Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr.
Salt Lake City, Utah 84119

## TRUSTEE'S DEED UPON SALE

A.P.N

Trustee's Sale No.

The undersigned grantor declares:

1   The grantee herein was the foreclosing beneficiary.
2   The amount of the unpaid debt together with costs was          $543,672.42
3   The amount paid by the grantee at the Trustee's sale was        $425,000.00
4   The documentary transfer tax is                                 $0.00
5   The city transfer tax is                                        $0.00
6   Said Property is in the City of:                                CYPRESS

THE WOLF FIRM, A LAW CORPORATION as duly appointed trustee under the Deed of Trust hereinafter described, (herein called Trustee) hereby grants and conveys, but without warranty, express or implied, to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2007-HY2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY2 (herein called grantee), all right, title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the County of Orange, State of California, described as follows: SEE ATTACHED LEGAL DESCRIPTION MARKED AS EXHIBIT "A" AND INCORPORATED HEREIN BY REFERRENCE.

This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust executed by JAMES TAEBOK KIM, A MARRIED MAN AS HIS SOLE & SEPARATE PROPERTY as Trustor, dated 12/21/2006 and recorded on 12/29/2006 instrument number 2006000875228 A Loan Modification Agreement in the amount of $476,008.99, recorded 5/14/2013 as Instrument no. 2013000289256, of official records, in the office of the Recorder of Orange County, California, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and the posting and publication of copies of the Notice of Sale have been complied with. Said property was sold by said trustee at public auction on 7/25/2016 at the place named in the Notice of Sale in the County of Orange, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefor to said trustee the amount bid, in lawful money of the United States, or by the satisfaction pro tanto, of the obligations then secured by said Deed of Trust.

IN WITNESS WHEREOF THE WOLF FIRM, A LAW CORPORATION, has this day, 8/1/16 caused its name to be thereunto affixed.

THE WOLF FIRM, A LAW CORPORATION, AS TRUSTEE

By _____
RENAE C. MURRAY, DEPARTMENT MANAGER

# Exhibit 1

Trustee's Sale No. ▮▮▮▮▮▮

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document, to which this certificate is
attached, and not the truthfulness, accuracy, or validity
of that document.

State of <u>California</u> ) SS.
County of <u>Orange</u> )

On ___<u>8-1-16</u>___ before me, <u>Patricio S. Ince, Notary Public</u> Personally appeared, <u>Renae C. Murray</u> who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
             Patricio S. Ince, Notary Public

PATRICIO S. INCE'
Commission # 2108222
Notary Public - California
Los Angeles County
My Comm. Expires May 17, 2019

Trustee's Sale No. ███████

EXHIBIT 'A'
LEGAL DESCRIPTION

PARCEL 1:

AN UNDIVIDED 1/41 INTEREST, AS SHOWN ON THE CONDOMINIUM PLAN RECORDED NOVEMBER 15, 2005 AS INSTRUMENT NO. 2005000916295, AND AS AMENDED SEPTEMBER 19, 2006 AS INSTRUMENT NO. 2006000624283, BOTH OF OFFICIAL RECORDS, AFFECTING LOT 1 OF TRACT MAP 16460, IN THE CITY OF CYPRESS, COUNTY OF ORANGE, STATE OF CALIFORNIA, FILED IN BOOK 864, PAGES 45 AND 46, OF MAPS, IN THE OFFICE OF THE RECORDER OF SAID COUNTY ("CONDOMINIUM PLAN").

PARCEL 2:
UNIT 28, IN MODULE "A", AS SHOWN AND DEFINED ON THE CONDOMINIUM UNIT PLAN DESCRIBED ABOVE.

PARCEL 3:
NON-EXCLUSIVE APPURTENANT EASEMENTS IN AND TO THE ASSOCIATION PROPERTY FOR THE USE OF THE ASSOCIATION PROPERTY PURSUANT TO THE TERMS OF THE DECLARATION OF COVENANTS, CONDITIONS, RESTRICTIONS AND RESERVATION OF EASEMENTS OF LINCOLN SQUARE - TRACT MAP 16460, RECORDED NOVEMBER 1, 2005 AS INSTRUMENT NO. 20050000875137, OF OFFICIAL RECORDS ("DECLARATION"), SUBJECT TO ANY EXCLUSIVE USE EASEMENTS, AS WELL AS ANY OTHER RESERVATIONS, AS SET FORTH IN THE ABOVEREFERENCED DECLARATION.

PARCEL 4:
A NON-EXCLUSIVE EASEMENT IN COMMON WITH OTHER MEMBERS OF THE ASSOCIATION FOR INGRESS, EGRESS, USE AND ENJOYMENT OF, IN AND TO THE COMMON PROPERTY EXCEPT FOR THE EXCLUSIVE COMMON AREAS, THE EXCLUSIVE PARKING AREA, AND THE EXCLUSIVE USE AREA, ALL AS SET FORTH IN THE ABOVE-REFERENCED DECLARATION. SUCH EASEMENT IS APPURTENANT TO AND PASSES WITH TITLE TO EVERY CONDOMINIUM IN THE PROJECT.

END OF LEGAL DESCRIPTION

## NOTICE FOR POSSESSION

File No.   CA-17-113340

TO:   James Kim

and "ALL PERSONS IN POSSESSION" of the premises located at:

4844 Aquamarine Way, Cypress, CA 90630

NOTICE IS HEREBY GIVEN that:

1.) Within **three (3) days after service on you** of this Notice, in the event you are the Trustor of the Deed of Trust described below or prior owner of the subject property, or you reside in the Property with the Trustor of the Deed of Trust or prior owner, or:

2.) Within **ninety (90) days after service on you** of this Notice, in the event you are an occupant of the above described premises and not one of the Trustors of the Deed of Trust described below:

You are required to quit and deliver up possession of the premises to the undersigned or to The Bank of New York Mellon FKA The Bank of New York, as Trustee, or its servicing agent, who is/are authorized to receive the same, or the undersigned will institute legal proceedings against you to recover possession of said premises and for rents or damages as provided by law.

You are required to quit and deliver up possession of said premises for the reason that they have been duly sold to the undersigned in accordance with Section 2924 et seq. of the Civil Code of the State of California, under the power of sale contained in a Deed of Trust executed by you or by your predecessors in interest and recorded in the Official Records of ORANGE County, California, and the title under the sale has been duly perfected.

This notice is given pursuant to the provisions of Sections 1161a(b)(3) and 1161b of the Code of Civil Procedure of the State of California.

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

Dated: July 03, 2017

McCarthy & Holthus, LLP
Attorneys for The Bank of New York Mellon FKA The Bank of New York, as Trustee

1770 Fourth Avenue
San Diego, CA 92101
(619) 685-4800 x3729

# Exhibit 2

A foreclosure sale has been completed for this property and an eviction is beginning - Your rights to continue living in this property may be affected. Please call with an interpreter our office at (619) 685-4800 ext 3729 to discuss options which may be available to you. You may also wish to contact a lawyer or your local legal aid or housing counseling agency to discuss any rights you may have. Time is of the essence.

Se ha realizado una venta por juicio hipotecario de esta propiedad y ha comenzado el proceso de desalojo. Es posible que sus derechos de continuar viviendo en esta propiedad se vean afectados. Comuníquese (con un intérprete) con nuestra oficina al (619) 685-4800, int. 3729, para analizar opciones disponibles para usted. También podrá comunicarse con un abogado o con la oficina local de asesoramiento legal o agencia de asesoramiento inmobiliario para analizar los derechos que pueda tener. El tiempo es crucial.

Thủ tục mua bán nhà bị tịch thu đã được hoàn tất đối với tài sản này và việc thu hồi nhà đang bắt đầu – Quyền hạn tiếp tục sống trong nhà này của quý vị có thể bị ảnh hưởng. Xin gọi (với một thông dịch viên) cho văn phòng của chúng tôi ở số (619) 685-4800, số máy nhánh 3729 để thảo luận các lựa chọn có thể có đối với quý vị. Quý vị cũng có thể cần liên lạc với một luật sư hoặc một cơ quan trợ giúp về pháp luật hoặc tư vấn gia cư tại địa phương để thảo luận mọi quyền hạn của quý vị. Thời gian là điều quan trọng nhất.

이 건물에 대한 압류 처분이 완료되었으며 철거가 시작되고 있습니다. 귀하가 이 건물에 계속 거주할 수 있는 권리가 영향을 받을 수 있습니다. (619) 685-4800(내선 3729, 통역사 통화 가능)으로 전화하여 귀하가 선택할 수 있는 사항을 문의하십시오. 또한 변호사, 지역의 법률 지원 기관 또는 주택 상담 기관에 연락하여 귀하의 권리에 대해 문의할 수 있습니다. 서두르셔야 합니다.

Naisagawa na ang pagbebenta dahil sa pagpapasara sa property na ito at magsisimula na ang paglilipat – Ang iyong mga karapatang patuloy na tumira sa property na ito ay maaaring maapektuhan. Mangyaring tumawag (nang may interpreter) sa aming tanggapan sa (619) 685-4800 ext 3729 upang talakayin ang mga pagpipilian na maaari mong magamit. Maaari ka ring makipag-ugnay sa isang abugado o iyong lokal na legal aid o ahensya sa pagpapayo sa paninirahan upang talakayin ang anumang karapatang maaaring nauukol sa iyo. Ang oras ay mahalaga.

法院針對此房產的公開拍賣（Foreclosure Sale）已經完成，并且收回房產（Eviction）行動已經開始 – 您繼續居住在此房產的權利將受到影響。請（在譯員幫助下）致電我們的辦公室，電話 (619) 685-4800 分機 3729，以討論可供您選擇的各項方案。您還可能需要聯係一位律師、當地法律援助機構或住房咨詢機構以便討論您可能擁有的各項權利。時間緊迫，請勿拖延。

## NOTICE TO TENANTS

Notice to Any Renters Living At 4844 Aquamarine Way, Cypress, CA 90630

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

**Please notify this office immediately if you are active military duty or have been discharged from active military duty within the last 12 months.**

## IF YOU ARE IN THE ARMED FORCES, PLEASE READ THIS IMPORTANT MESSAGE ABOUT POSSIBLE RIGHTS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

IMPORTANT NOTICE TO SERVICEMEMBERS AND THEIR DEPENDENTS:

PROTECTIONS UNDER THE SERVICEMEMBERS CIVIL RELIEF ACT

Military servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections, including eviction protection, pursuant to the Servicemembers Civil Relief Act (50 U.S.C. App. §§ 501-596), as amended, (the "SCRA") and, possibly, certain related state statutes.

Who may be entitled to Legal Protections under the SCRA:

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;

- Active service members of the commissioned corps of the National Oceanic and Atmospheric Administration;

- Active service members of the commissioned corps of the Public Health Service;

- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and

- Their spouses.

What legal protections are servicemembers entitled to under the SCRA?

- The SCRA states that a debt incurred prior to entering military service by a servicemember or servicemember and spouse jointly shall not bear interest at a rate above 6 percent during the period of military service and for one year thereafter.

- The SCRA states that in a legal action to enforce a mortgage debt filed during or within 12 months after the servicemember's military service, a court may take certain actions to protect the consumer.

- The SCRA states that eviction of servicemembers generally must be under a court order, and a court may take certain actions to protect the consumer.

- The SCRA contains many other protections besides those applicable to home loans.

## WHAT YOU NEED TO DO

### How do I request relief under the SCRA?

- Please contact us immediately at the following number to inform us of you or your spouse's military status.  Call us at:  (619) 685-4800 ext. 3729

- To assist in determining whether this loan is eligible for Servicemember benefits, please provide us with a copy of any military orders and/or DD-214 form(s) issued to you, any co-borrower, or occupant of the property and the Social Security numbers of any non-borrower occupants of the property.

- Some of the benefits provided by the SCRA require that the servicemember provide the lender with a copy of the servicemember's military orders.  A servicemember or spouse, or both, may request relief under the SCRA by providing a written request with a copy of the servicemember's military orders:

McCarthy & Holthus, LLP
Evictions Department
1770 4th Ave.
San Diego, CA 92101

### How can I get more information about the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer.  A military legal assistance office locator for all branches of the Armed Forces is available at the following website:
  http://legalassistance.law.af.mil/content/locator.php

- "Military OneSource" is the U.S. Department of Defense's information resource.  If you are listed as entitled to legal protections under the SCRA, please go to http://www.militaryonesource.com/scra or call 1-800-342-9647 (toll free from the United States) to find out more information.  Dialing instructions for areas outside the United States are provided on the website.

- If you are such a servicemember, or a dependent of such a servicemember, you should contact McCarthy & Holthus, LLP at (619) 685-4800 ext. 3729 to discuss your status under the SCRA.

McCARTHY & HOLTHUS -Evictions
1770 FOURTH AVENUE  SAN DIEGO, CA 92101

TELEPHONE NO. (619) 645-7711          FAX NO. (Optional) (619) 645-4810
E-MAIL ADDRESS (Optional)

| PROOF OF SERVICE | HEARING DATE | DAY | TIME | DEPT | Ref No or File No. | BY FAX |
|---|---|---|---|---|---|---|
| | | | | | CA-17-113340 | |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

NAME OF OCCUPANT:  JAMES KIM AND ALL PERSONS IN POSSESSION

DATE OF SERVICE   July 5, 2017
TIME OF SERVICE   04:10 pm

ADDRESS OF PROPERTY:   4844 AQUAMARINE WAY,
CYPRESS, CA 90630
(HOME)

PHYSICAL DESCRIPTION:   Age: 35-40     Weight: 170      Hair: BRN/GRY
Sex: Male      Height: 5'9      Eyes: BROWN
Skin: ASIAN     Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: 100.00
County: ORANGE
Registration No.: 2623
Advanced Attorney Services, Inc.
3500 Fifth Ave., Suite 202
San Diego, CA 92103
(619) 299-2012

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on July 5, 2017.

Signature _____
GEORGE SANO

PROOF OF SERVICE

# Exhibit 3

Order#: MH17113340N/30DAY

ORANGE COUNTY, ORANGE COUNTY NORTH JUSTICE CENTER DISTRICT

## STATEMENT OF LOCATION

| PLAINTIFF: The Bank of New York Mellon FKA The Bank of New York, as Trustee | DEFENDANT: James Kim | CASE NUMBER: |
|---|---|---|

---

### INSTRUCTIONS

1.   Check ONE of the following statements to indicate the basis for filing the case in this judicial district, and filling the address below. **Except for cases arising from accidents occurring on a freeway, you must provide the exact street address, including city and ZIP code.**

2.   There are 24 separate, independent municipal court judicial districts in Los Angeles County. Except in San Diego County, no city can lie on more than one judicial district. (Cal. Const., art. VI, §5.) **WARNING: Many residences and businesses have mailing addresses for one city but actually lie in another city or in unincorporated territory, which may lie in another judicial district. Do not rely on mailing addresses; always check a street guide or map.**

3.   After completion, attach this form to the back of your complaint.

---

| EXACT STREET ADDRESS: 4844 Aquamarine Way | CITY: Cypress    90630 | ZIP CODE: |
|---|---|---|

☐ 1.   The cause of action arose in this judicial district. The address of the cause of action is stated above.

☒ 2.   The property that is the subject of this action is located in this judicial district. The address of the property is stated above.

☐ 3.   The tort occurred in this judicial district. The address where the tort occurred is stated above.

☐ 4.   The contract was entered into in this judicial district; or a defendant resided in this judicial district when the contract was entered into; or the contract or obligation was to be performed in this judicial district; or, if the defendant is a corporation, the contract was breached on this judicial district. The address where the contact was entered into, where the defendant resided when the contract was entered into, where the contract or obligation was to be performed, or where the contract was breached is stated above.

☐ 5.   A defendant resides in this judicial district, or a defendant corporation or unincorporated association has its principal place of business in this judicial district. The address of the residence or principal place of business of the defendant is stated above.

☐ 6.   The cause of action is on a retail installment account or contract subject to Civil Code section 1812.10, and the goods purchased pursuant to that account or contract are affixed to real property (so as to become part of the real property) that is located on this judicial district. The address of the real property is stated above.

☐ 7.   The cause of action is on a vehicle finance sale subject to Civil Code section 2984.4, and the vehicle is permanently garaged on this judicial district. The address where the vehicle is garaged is stated above.

☐ 8.   The defendant is a city or local agency located on this judicial district.

| I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. | | |
|---|---|---|
| DATE: 7/18/2017 | TYPE OR PRINT NAME OF PARTY OR ATTORNEY: Rebecca L. Lang, Esq. | SIGNATURE OF PARTY OR ATTORNEY: |

CP10.5

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form, you may be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. You must file this form within 10 days of the date of service listed in the box on the right hand side of this form.
   - **Exception:** If you are a tenant being evicted after your landlord lost the property to foreclosure, the 10-day deadline does not apply to you and you may file this form at any time before judgment is entered.
3. If you file this form, your claim will be determined in the eviction action against the persons named in the complaint.
4. If you do not file this form, you may be evicted without further hearing.
5. If you are a tenant being evicted due to foreclosure, you have additional rights and should seek legal advice immediately.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address)    TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR (Name): | |

| | |
|---|---|
| NAME OF COURT: Orange County North Justice Center Court of California | |
| STREET ADDRESS: 1275 No. Berkeley Avenue | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: Fullerton, CA 92838 | |
| BRANCH NAME: | |

| | |
|---|---|
| Plaintiff: | |
| Defendant: | |

| PREJUDGMENT CLAIM OF RIGHT TO POSSESSION | CASE NUMBER: |
|---|---|
| **Complete this form only if ALL of these statements are true:**<br>1. You are NOT named in the accompanying Summons and Complaint.<br>2. You occupied the subject premises on or before the date the unlawful detainer (eviction) complaint was filed. (The date is in the accompanying Summons and Complaint.)<br>3. You still occupy the subject premises. | *(To be completed by the process server)*<br>DATE OF SERVICE: 7·28·17<br>*(Date that form is served or delivered, posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit no., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):*                          , the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is in the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $                or file with the court an "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file the form for waiver of court fees, I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [Rev. June 15, 2015]

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Code of Civil Procedure §§ 415.46 715.010, 715.020, 1174.25

CP10.5

| Plaintiff: | CASE NUMBER |
|---|---|
| Defendant: | |

11. If my landlord lost this property to foreclosure, I understand that I can file this form at any time before judgment is entered, and that I have additional rights and should seek legal advice.

12. I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

> **NOTICE: If you fail to file this claim, you may be evicted without further hearing.**

13. Rental agreement. I have *(check all that apply to you)*:

   a. ☐ an oral or written rental agreement with the landlord.

   b. ☐ an oral or written rental agreement with a person other than the landlord.

   c. ☐ an oral or written rental agreement with the former owner who lost the property to foreclosure.

   d. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> **WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

▶

_____          _____
(TYPE OR PRINT NAME)                                              (SIGNATURE OF CLAIMANT)

> **NOTICE:** If you file this claim to possession, the unlawful detainer action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

## — NOTICE TO OCCUPANTS —

**YOU MUST ACT AT ONCE if all the following are true:**

   1. You are NOT named in the accompanying Summons and Complaint.
   2. You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.
   3. You still occupy the premises.

You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the form) at the court where the unlawful detainer (eviction) complaint was filed. If you are a tenant and your landlord lost the property you occupy through foreclosure, this 10-day deadline does not apply to you. You may file this form at any time before judgment is entered. You should seek legal advice immediately.

If you do not complete and submit this form (and pay a filing fee or file a fee waiver form if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you may be evicted without a hearing.*

CP10.5 [Rev. June 15, 2015]          **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**          Page two

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the*
   *case involves an uninsured*
   *motorist claim subject to*
   *arbitration, check this item*
   *instead of Auto)*
**Other PI/PD/WD (Personal Injury/**
**Property Damage/Wrongful Death)**
**Tort**
   Asbestos (04)
      Asbestos Property Damage
      Asbestos Personal Injury/
         Wrongful Death
   Product Liability *(not asbestos or*
      *toxic/environmental)* (24)
   Medical Malpractice (45)
      Medical Malpractice–
         Physicians & Surgeons
      Other Professional Health Care
         Malpractice
   Other PI/PD/WD (23)
      Premises Liability (e.g., slip
         and fall)
      Intentional Bodily Injury/PD/WD
         (e.g., assault, vandalism)
      Intentional Infliction of
         Emotional Distress
      Negligent Infliction of
         Emotional Distress
      Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
   Business Tort/Unfair Business
      Practice (07)
   Civil Rights (e.g., discrimination,
      false arrest) *(not civil*
      *harassment)* (08)
   Defamation (e.g., slander, libel)
      (13)
   Fraud (16)
   Intellectual Property (19)
   Professional Negligence (25)
      Legal Malpractice
      Other Professional Malpractice
         *(not medical or legal)*
   Other Non-PI/PD/WD Tort (35)
**Employment**
   Wrongful Termination (36)
   Other Employment (15)

**Contract**
   Breach of Contract/Warranty (06)
      Breach of Rental/Lease
         Contract *(not unlawful detainer*
            *or wrongful eviction)*
      Contract/Warranty Breach–Seller
         Plaintiff *(not fraud or negligence)*
      Negligent Breach of Contract/
         Warranty
      Other Breach of Contract/Warranty
   Collections (e.g., money owed, open
      book accounts) (09)
      Collection Case–Seller Plaintiff
      Other Promissory Note/Collections
         Case
   Insurance Coverage *(not provisionally*
      *complex)* (18)
      Auto Subrogation
      Other Coverage
   Other Contract (37)
      Contractual Fraud
      Other Contract Dispute
**Real Property**
   Eminent Domain/Inverse
      Condemnation (14)
   Wrongful Eviction (33)
   Other Real Property (e.g., quiet title) (26)
      Writ of Possession of Real Property
      Mortgage Foreclosure
      Quiet Title
      Other Real Property *(not eminent*
         *domain, landlord/tenant, or*
         *foreclosure)*
**Unlawful Detainer**
   Commercial (31)
   Residential (32)
   Drugs (38) *(if the case involves illegal*
      *drugs, check this item; otherwise,*
      *report as Commercial or Residential)*
**Judicial Review**
   Asset Forfeiture (05)
   Petition Re: Arbitration Award (11)
   Writ of Mandate (02)
      Writ–Administrative Mandamus
      Writ–Mandamus on Limited Court
         Case Matter
      Writ–Other Limited Court Case
         Review
   Other Judicial Review (39)
      Review of Health Officer Order
      Notice of Appeal–Labor
         Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.**
**Rules of Court Rules 3.400–3.403)**
   Antitrust/Trade Regulation (03)
   Construction Defect (10)
   Claims Involving Mass Tort (40)
   Securities Litigation (28)
   Environmental/Toxic Tort (30)
   Insurance Coverage Claims
      *(arising from provisionally complex*
      *case type listed above)* (41)
**Enforcement of Judgment**
   Enforcement of Judgment (20)
      Abstract of Judgment (Out of
         County)
      Confession of Judgment *(non-*
         *domestic relations)*
      Sister State Judgment
      Administrative Agency Award
         *(not unpaid taxes)*
      Petition/Certification of Entry of
         Judgment on Unpaid Taxes
      Other Enforcement of Judgment
         Case
**Miscellaneous Civil Complaint**
   RICO (27)
   Other Complaint *(not specified*
      *above)* (42)
      Declaratory Relief Only
      Injunctive Relief Only *(non-*
         *harassment)*
      Mechanics Lien
      Other Commercial Complaint
         Case *(non-tort/non-complex)*
      Other Civil Complaint
         *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
   Partnership and Corporate
      Governance (21)
   Other Petition *(not specified*
      *above)* (43)
      Civil Harassment
      Workplace Violence
      Elder/Dependent Adult
         Abuse
      Election Contest
      Petition for Name Change
      Petition for Relief From Late
         Claim
      Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVERSHEET**

Page 2 of 2

# EXHIBIT B

JAMES KIM

4844 AQUAMARINE WAY

CYPRESS, CA 90630

Defendant, In Pro Per

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**09/05/2017** at 05:23:00 PM

Clerk of the Superior Court
By Lori Roman, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ORANGE, NORTH JUSTICE CENTER

The Bank Of New York Melon FKA The Bank Of New York, As Trustee, Its assignees and/or successors

          Plaintiff,

  vs.

JAMES KIM, and DOES 1 to 10.

        Defendant.

**Case No.: 30-2017-00932531-CL-UD-NJC**

**ANSWER - UNLAWFUL DETAINER**

**Action filed: 07/18/2017**
**Trial date: not set**

COMES NOW DEFENDANT, Carol Doll ("this Answering Defendant") and each Defendant serving himself and herself from all other parties, and answers the Complaint in this unlawful detainer proceeding ("the Complaint") and alleges and plead as follow:

1. Pursuant to California Civil Procedure Code §§ 90, et seq. and § 431.30, subd.(d), this Answering Defendant, and each of them, deny each and every allegation contained in the Complaint, and the wholes thereof.

2. This Answering Defendant further denies that Plaintiff has sustained damages as

ANSWER - UNLAWFUL DETAINER

alleged in the Complaint, or at all. As and for separate and affirmative defenses, this Answering Defendant further alleges and pleads as follows:

### FIRST AFFIRMATIVE DEFENSE

(Failure to state cause of action)

3. The Complaint, and each cause of action therein alleged, fails to state facts sufficient to constitute a cause of action against this Answering Defendant, and each of them.

### SECOND AFFIRMATIVE DEFENSE

(Not entitled to relief)

4. Plaintiff is not entitled to the relief sought in the prayer of the Complaint.

### THIRD AFFIRMATIVE DEFENSE

(Sale not in compliance with Cal. Civ. Code §§ 2924, et seq.)

5. The sale alleged in the Complaint failed or neglected to comply with California Civil Code §§ 2924, et seq.

### FOURTH AFFIRMATIVE DEFENSE

(Defective sale)

6. The sale alleged in the Complaint was not authorized, and a breach of the underlying deed of trust.

### FIFTH AFFIRMATIVE DEFENSE

(Unclean Hands)

7. The Complaint, and each cause of action therein alleged, is barred by the doctrine of unclean hands.

///

///

///

///

WHEREFORE, this Answering Defendant, and each of them, pray judgment as follows:

1. That the Complaint be forthwith dismissed;

ANSWER - UNLAWFUL DETAINER

2.  That Plaintiff take nothing by its Complaint, and that judgment thereon be entered against Plaintiff and in favor of this Answering Defendant, and each of them;

3.  For costs of suit herein incurred;

4.  For such other and further relief as this Court deems just and proper.

Respectfully submitted,

Dated: Sep 1, 2017

JAMES KIM, Defendant in pro per

ANSWER - UNLAWFUL DETAINER

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county of  Los Angeles        ; my  Business/residence address is:    7900 Broadway St , Los Angeles, CA         .

*(ADDRESS OF PERSON SERVING PAPERS)*

On Sep 1, 2017 I served the foregoing document(s) described as: Answer to Unlawful Detainer to the following parties:

**McCarthy & Holthus, LLP**
**Matthew  E. Podmenik.  Esq.**
**Rebecca  L. Lang. Esq.**
**1770  Fourth  Avenue**
**San  Diego, CA   92101**

[ x ] (By U.S. Mail) I deposited such envelope in the mail at    Los Angeles     , California

with postage thereon fully prepaid. I am aware that on motion of the party served,

service is presumed in valid in postal cancellation date or postage meter date is

more than one day after date of deposit for mailing in affidavit.

[ ] (By Personal Service) I caused such envelope to be delivered by hand via messenger

service to the address above;

[ ] (By Facsimile) I served a true and correct copy by facsimile during regular business

hours to the number(s) listed above. Said transmission was reported complete and

without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Mark Parvos

DATED: Sep 1,2017

(Signature)

(Print)

ANSWER - UNLAWFUL DETAINER

4